FILED
CLERK, U.S. DISTRICT COURT
10/07/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:20-cr-00191-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 1591(a)(1), (b)(2), (c): Sex Trafficking of a Minor; 18 U.S.C. § 2422(b): Enticement of a Minor to Engage in Criminal Sexual Activity] |
| JASON DEE TAYLOR, aka "Sugar Daddy," "capthaze69," "Seahorse869," and "RumbleFingers," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1591(a)(1), (b)(2), (c)]

Between on or about April 9, 2020, and on or about April 26, 2020, in San Bernardino and Santa Barbara Counties, within the Central District of California, defendant JASON DEE TAYLOR, also known as "Sugar Daddy," "capthaze69," "Seahorse869," and "RumbleFingers," in and affecting interstate and foreign commerce, knowingly harbored, transported, provided, obtained, maintained, and solicited by any means, a person, specifically, a minor girl who had

not attained the age of 18 years, having had a reasonable opportunity to observe the minor girl, and knowing and in reckless disregard of the fact that the minor girl had not attained the age of 18 years and would be caused to engage in a commercial sex act, namely, commercial sex acts with defendant TAYLOR, for which defendant TAYLOR paid the minor girl at least $600.

COUNT TWO

[18 U.S.C. § 2422(b)]

Between on or about April 9, 2020, and on or about April 26, 2020, in San Bernardino and Santa Barbara Counties, within the Central District of California, defendant JASON DEE TAYLOR, aka "Sugar Daddy," "capthaze69," "Seahorse869," and "RumbleFingers," used facilities and means of interstate and foreign commerce, namely, a computer, a cellular phone, and the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely, a 15-year-old girl whom defendant TAYLOR knew to be less than 18 years old, to engage in a sexual activity for which a person can be charged with a criminal offense, namely, unlawful

///

///

///

sexual intercourse with a person under the age of 18 years, in violation of California Penal Code Section 261.5.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

SONAH LEE
RUBEN ESCALANTE
Assistant United States Attorneys
Riverside Branch Office