TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
RUBEN ESCALANTE (Cal. Bar No. 244596)
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorneys
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, CA 92501
    Telephone: (951) 276-6212
              (951) 276-6924
    Facsimile: (951) 276-6202
    E-mail:  ruben.escalante@usdoj.gov
              sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 20-191-JGB |
|---|---|
| Plaintiff, | <u>AMENDED TRIAL STIPULATION REGARDING INTERSTATE NEXUS</u> |
| v. | Trial Date:  November 16, 2021 |
| JASON DEE TAYLOR, | Trial Time:  9 a.m. |
|     aka "Sugar Daddy," | Location:    Courtroom of the |
|       "capthaze69," |               Hon. Jesus G. Bernal |
|       "Seahorse869," and | |
|       "RumbleFingers," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Sonah Lee and Ruben Escalante, and defendant JASON DEE TAYLOR ("defendant"), both individually and by and through his counsel of record, Edward M. Robinson, hereby agree and stipulate as follows:

INTERSTATE NEXUS

1.   Between on or about April 9, 2020, and on or about April 26, 2020, in San Bernardino and Santa Barbara Counties, within the Central District of California, defendant JASON DEE TAYLOR, used facilities and means of interstate and foreign commerce, as alleged in the indictment, namely, a computer, a cellular phone, and the Internet, to communicate via Instagram and Seeking.com with, purchase gifts via Amazon for, and rent a hotel on April 11 and 22, 2020, to meet the minor girl alleged in the indictment.  Such acts were in and affecting interstate and foreign commerce, as alleged in the indictment.

///

///

///

2. The foregoing satisfies the government's burden of proof as to the "interstate nexus" elements of Counts One and Two of the indictment.

IT IS SO STIPULATED.

Dated: October 13, 2021           Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                  JERRY C. YANG
                                  Assistant United States Attorney
                                  Chief, Riverside Branch Office


                                       /s/ Sonah Lee
                                  ──────────────────────────────
                                  SONAH LEE
                                  RUBEN ESCALANTE
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA


Dated: November 17, 2021          ──────────────────────────────
                                  EDWARD M. ROBINSON
                                  Attorney for Defendant
                                  JASON DEE TAYLOR


I understand that I have the right to confront any witnesses called by the government to establish the facts above. I have discussed that right with my attorney and stipulate to the facts stated above.

Dated: November 17, 2021          ──────────────────────────────
                                  JASON DEE TAYLOR
                                  Defendant